IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROBERT LEWIS SMITH,             )
                                )
    Plaintiff,                  )
                                )
v.                              )    1:07CV737
                                )
LEWIS SMITH, et al.,            )
                                )
    Defendant(s).               )

### O-R-D-E-R

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on November 2, 2007, was served on the parties in this action. Plaintiff filed a letter writing which will be construed as objections.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.

**IT IS THEREFORE ORDERED** that Plaintiff's complaint [Pleading No. 2] be, and the same is hereby, **DISMISSED** as frivolous or malicious or for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B). A Judgment dismissing this action will be entered contemporaneously with this Order.

_____
United States District Court Judge

Date: December 27, 2007